UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

| | | |
|---|---|---|
| BENNIE L. GAMBLE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 12-CV-79-KKC |
| | ) | |
| V. | ) | |
| | ) | |
| CORRECTIONS CORPORATION OF | ) | **JUDGMENT** |
| AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**\*\*\*\*    \*\*\*\*    \*\*\*\*    \*\*\*\***

Consistent with the Memorandum Opinion and Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED AND ADJUDGED** that the complaint [R. 1] filed by Bennie L. Gamble, Jr., is **DISMISSED WITHOUT PREJUDICE**, and judgment is **ENTERED** in favor of the defendants: (1) Corrections Corporation of America; (2) Grady Perry, Warden of the Otter Creek Correctional Complex ("OCCC"); (3) Lanna Baker; (4) Nolan Newsome; (5) Teresa Esque, OCCC Accounts Clerk; (6) Rebecca Randolph, OCCC Legal Office Clerk; (7) David Frye; (8) Linda Little, Secretary to the OCCC Warden; (9) Morgan Newsome, OCCC Records Officer; (10) Lt. Troy Wilson; and (11) Charlotte Klutey.

Dated this 27th day of November, 2012.



Signed By:

*Karen K. Caldwell*

**United States District Judge**